TRIANTIPHYLLIDES et al., Respondents, v. JOLINE et al., Appellants. (Supreme Court, Appellate Division, First Department. February 11, 1909.) Action by Demetrius Triantiphyllides and another against Adrian H. Joline and another. W. M. Chadbourne, for appellants. R. Link, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TROY LAUNDRY MACHINERY CO., Limited, Respondent, v. SCHLESINGER, Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by the Troy Laundry Machinery Company, Limited, against Samuel Schlesinger. No opinion. Judgment of the Municipal Court affirmed, with costs.

TRUSTEES OF REFORMED PROTESTANT DUTCH CHURCH OF MOTT HAVEN, Respondent, v. INTERBOROUGH RAPID TRANSIT CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. March 5, 1909.) Action by the trustees of the Reformed Protestant Dutch Church of Mott Haven against the Interborough Rapid Transit Company and another. J. O. Nicholls, for appellants. E. D. Hawkins, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

TWAMLEY, Respondent, v. JAMES W. MERRITT CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 13, 1909.) Action by Agnes Twamley, an infant, etc., against the James W. Merritt Company. No opinion. Judgment and order affirmed, with costs.

UNGER, Respondent, v. SYKES, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 20, 1909.) Action by Maurice H. S. Unger against Walter F. Sykes. No opinion. Judgment affirmed, with costs.

UNGRICH et al., Respondents, v. SHAFF et al., Appellants. (Supreme Court, Appellate Division, First Department. February 19, 1909.) Action by Margaret E. Ungrich and another against David Shaff and another. S. Levy, for appellants. H. Swain, for respondents. No opinion. Judgment and order affirmed, with costs, on Ungrich v. Shaff, 119 App. Div. 843, 105 N. Y. Supp. 1013. Order filed.

UNION BANK, Respondent, v. SILVERMAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 12, 1909.) Action by the Union Bank against Morris Silverman and others. No opinion. Judgment of the Municipal Court affirmed, with costs.

UNION LUMBER CO., Respondent, v. CAFLISCH et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 13, 1909. Action by the Union Lumber Company against Jacob C. Caflisch and another. No opinion. Motion for reargument denied, with $10 costs.

UNION TRUST CO. v. DUNN. (Supreme Court, Appellate Division, First Department. February 19, 1909.) Action by the Union Trust Company against Bartholomew Dunn, as executor. No opinion. Judgment and order affirmed, with costs. Order filed.

UNION WATER, LIGHT & POWER CO., Respondent, v. BLAKE, Appellant. (Supreme Court, Appellate Division, Third Department. March 10, 1909.) Action by the Union Water, Light & Power Company against Selwyn N. Blake.

PER CURIAM. Judgment affirmed, with costs.

COCHRANE, J., dissents. SMITH, P. J., not voting.

UNITED MERCHANTS' REALTY CO. v. NEW YORK HIPPODROME. (Supreme Court, Appellate Division, First Department. February 11. 1909.) Action by the United Merchants' Realty Company against the New York Hippodrome. No opinion. Application granted. Order signed. See, also, 113 N. Y. Supp. 740.

UNITED STATES FIDELITY & GUARANTY CO., Appellant, v. BELDEN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 20, 1909.) Action by the United States Fidelity & Guaranty Company against Alvin J. Belden and another.

PER CURIAM. Judgment affirmed, with costs.

KRUSE, J., dissents, upon the ground that in any event the claims for costs accruing after the adjudication in bankruptcy were not discharged.

In re UNSAFE BUILDING, 159 MAIDEN LANE. (Supreme Court, Appellate Division, First Department. February 5, 1909.) In the matter of the unsafe building, 159 Maiden Lane. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

UVALDE ASPHALT PAVING CO., Respondent, v. NATIONAL TRADING CO. et al. Appellants. (Supreme Court, Appellate Division, First Department. March 12, 1909.) Action by the Uvalde Asphalt Paving Company against the National Trading Company and another. B. F. Norris, for appellants. L. G. Rosenblatt, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

VAN LOAN v. TUCKER, SPEYERS & CO. (Supreme Court, Appellate Division, First Department. February 11, 1909.) Action by Al-